O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELISSA BALIN, on behalf of Joe Grumbine, | ) | Case No. CV 12-10034-PSG (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Memorandum and Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: ___January 9, 2013_____

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE